**Electronically Filed
Supreme Court
SCPW-23-0000672
12-FEB-2024
10:19 AM
Dkt. 29 ODDP**

SCPW-23-0000672

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

CELESTE M. GONSALVES, Petitioner,

vs.

THE HONORABLE KARIN L. HOLMA,
Judge of the District Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

STUART B. GLAUBERMAN, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1DSC-23-0000463)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed November 9, 2023, and the record, we do not construe the record and evidence submitted to reflect bias nor an abuse of discretion in the manner that the Respondent Judge conducted the trial.  Petitioner has not demonstrated a clear and indisputable

right to relief.  <u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, February 12, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens